# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>Ralph Holder</u>

     v.                                       Civil No. 09-cv-341-JD

<u>Town of Newton, et al.</u>

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

Plaintiff's Motion to Amend Complaint, Document #11, filed on February 5, 2010 in the above-captioned case contains one or more personal identifiers in the attachment. Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Motion. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Motion, the clerk shall limit remote access accordingly pursuant to the Motion to Amend Complaint.

    **SO ORDERED**.

                                              */s/ James R. Muirhead*
                                             James R. Muirhead
                                             United States Magistrate Judge

Date: February 9, 2010

cc:    Ralph Holder, pro se
        Brian J.S. Cullen, Esq.