UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Ralph Holder

      v.                    09cv341-JD

Town of Newton, et al.

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

The attachments/exhibits to Plaintiff's Motion to Compel Mandatory Disclosure and Request for Production of Documents, Document #23, filed July 2, 2010, in the above-captioned case, contain one or more personal identifiers. Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Motion. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the attachments/exhibits, the clerk shall limit remote access accordingly.

      SO ORDERED.

                                          */s/ Landya McCafferty*
                                          Landya McCafferty
                                          United States Magistrate Judge

Date: July 2, 2010

cc:    Ralph Holder, pro se
       Brian J.S. Cullen, Esq.
       Corey Belobrow, Esq.