```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

<u>Ralph Holder</u>

    v.                                    Civil No. 09-cv-341-JD

<u>Town of Newton, et al.</u>

<u>O R D E R</u>

     Ralph Holder, proceeding pro se, brought suit against the Town of Newton, its police chief, a police officer, and the assistant county attorney alleging violations of his civil rights, arising from events that occurred when Holder was arrested, surrendered his firearms, was released, was denied a license to carry firearms, and successfully appealed that decision.  He initially sued the Town of Newton, Chief of Police Laurence Streeter, and Sergeant Michael Jewett.  Several months later, Holder moved to amend his complaint to add Assistant County Attorney Jill Cook, which was granted.

     Holder now moves for leave to file a second amended complaint.  In his motion, Holder lists seventeen allegations, which appear to pertain to statements made by Chief Streeter.  Holder does not allege a particular cause of action related to the allegations nor relate the new allegations to any of his

existing causes of action.  The defendants object to Holder's motion.[1]

Under Local Rule 15.1, "[a] party who moves to amend a filing shall (I) attach the proposed amended filing to the motion to amend, (ii) identify in the motion or a supporting memorandum any new factual allegations, legal claims, or parties, and (iii) explain why any new allegations, claims, or parties were not included in the original filing."  Holder has not complied with the requirements of Rule 15.1.  The court cannot discern the nature of the amendment Holder proposes.

## Conclusion

For the foregoing reasons, the plaintiff's second motion to amend (document no. 26) is denied without prejudice to file a motion that complies with Local Rule 15.1.

SO ORDERED.

*Joseph A. DiClerico, Jr.*
Joseph A. DiClerico, Jr.
United States District Judge

August 11, 2010

cc:  Corey M. Belobrow, Esquire
     Brian J.S. Cullen, Esquire
     Ralph Holder, pro se
     Shelagh C.N. Michaud, Esquire

---

[1] The defendants filed two objections to Holder's motion to amend.  See docket nos. 30 and 34.