**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**


Ralph Holder

       v.                                      Civil No. 09-cv-341-JD

Town of Newton, et al.


**ORDER PROHIBITING REMOTE ELECTRONIC ACCESS**


The Attachments to Plaintiff's Objection to Motion for Summary Judgment, Document

47 in the above-captioned case,  contain one or more personal identifiers listed in Fed. R. Civ. P.

5.2(a).  Making this information available over the Internet may result in personal or financial

harm to the person whose personal information is contained in the Attachments.  Therefore,

because good cause exists to prohibit a nonparty from obtaining remote electronic access to the

Attachments, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

       **SO ORDERED**.

                                   */s/ Joseph A. DiClerico, Jr.*
                                   Joseph A. DiClerico, Jr.
                                   United States District Judge


Date:  September  30, 2010


cc:    Ralph Holder, pro se
       Brian Cullen, Esq.
       Shelagh Michaud, Esq.
       Corey Belobrow, Esq.